

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00525-CV

**UEREA ENTERPRISE, LLC**,
Appellant

v.

Luis Miguel **GUTIERREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2025CVA000399D1
Honorable Joe Lopez, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

Delivered and Filed: December 31, 2025

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). By agreement of the parties, we order all costs to be borne by the party that incurred them. *Id.*

PER CURIAM